UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLLINS SYLVESTER WILLIAMS JR,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON CORRECTIONS CENTER, WASHINGTON CORRECTION CENTER'S HOUSING COORDINATOR, WASHINGTON CORRECTION CENTER'S INFIRMARY,<br><br>  Defendants. | CASE NO. C14-5500 RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:<br>AUGUST 15, 2014 |

The District Court has referred this 42 U.S.C. § 1983 civil rights matter to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.  The Court granted plaintiff in forma pauperis status (Dkt. 4).

1  The Court recommends dismissing this action without prejudice because plaintiff has not
2  identified a specific person as a defendant. The Court cannot serve job titles. This is one of five
3  actions plaintiff filed in three weeks. The actions are:

4      1.    14-5500 RBL/JRC.
    2.    14-5544RBL/KLS
5      3.    14-5545BHS/JRC
    4.    14-5564RJB/KLS
6      5.    15-5565BHS/JRC

7  Plaintiff alleges that he is HIV positive and he complains of the dental treatment and
8  medical treatment he received when he was transferred from the Nisqually Tribal Jail to the
9  Washington State Corrections Center in Shelton, Washington (Dkt. 7). Plaintiff originally
10  named the Washington State Corrections Center as the only defendant (Dkt. 5). The Court
11  entered an order directing plaintiff to file an amended complaint (Dkt. 6). The Court told
12  plaintiff that he must name specific persons (Dkt. 6). Plaintiff filed the amended complaint and
13  he identifies job titles, but he does not identify a person. Thus, plaintiff has been given an
14  opportunity to correct the defect in his original complaint and has failed to comply with the
15  Court's order.

16  Fed. R. Civ. P. 41(b) provides for involuntary dismissal if plaintiff fails to prosecute or to
17  comply with these rules or a Court order. The dismissal counts as an adjudication on the merits
18  unless the Court provides otherwise. The Court recommends dismissal of this action without
19  prejudice. If or when plaintiff learns the name of a proper defendant, he may re-file this action.

20  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
21  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
22  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
23  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
24

REPORT AND RECOMMENDATION - 2

1 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

2 August 15, 2014, 2014, as noted in the caption.

3         Dated this 24th day of July, 2014.

4

5                                                J. Richard Creatura
                                                 United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24