UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLLINS SYLVESTER WILLIAMS JR,

                    Plaintiff,

        v.

WASHINGTON CORRECTIONS
CENTER, WASHINGTON CORRECTION
CENTERS HOUSING COORDINATOR,
WASHINGTON CORRECTION CENTERS
INFIRMARY,

                    Defendant.

CASE NO. C14-5500 RBL-JRC

ORDER

        The Court having reviewed the Report and Recommendation of the Hon. J. Richard

Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and Order:

        (1)     The Court adopts the Report and Recommendation;

        (2)     The Court dismisses this action without prejudice for failure to comply
                with a Court order.

        DATED this 15th day of August, 2014.


                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE